UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:07CV379 RWS |
|  | ) |  |
| MATTHEW KOPSKY, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

This matter is before me on a letter sent to me by counsel for Ronald Davis. Local rules prohibit communication with me by letter, and in the future counsel is directed to comply with this, and every other, local rule of this Court.

In this letter, counsel requests clarification of the case management order, which requires simultaneous Rule 26 disclosures of the parties by June 7, 2007. This date was based on the representation by counsel present at the Rule 16 conference that Rule 26 disclosures have already been completed. Therefore, although this date was different than the date proposed by the parties, it was not a mistake as suggested by counsel. I will treat this letter as a motion for an extension of time to complete Rule 26 disclosures. I will grant the parties additional time to complete their Rule 26 disclosures, but any future requests for

extensions of time -- or anything else -- must be made by motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Ronald Davis' motion for an extension of time is granted, and the parties shall make all disclosures required by Rule 26(a)(1), Fed.R.Civ.P., by no later than **June 27, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2007.