UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:07CV379 RWS |
| MATTHEW KOPSKY, et al., | ) ) ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

After careful consideration, I will grant plaintiff's motion to unseal defendant Davis' motion for summary judgment as described below. However, plaintiff remains obligated to respond to the summary judgment motion on the date set out in the case management order. In addition, the parties are reminded of their obligations to meet and confer in an attempt to resolve these types of matters before filing motions. If any further briefs are filed on this issue, they must be accompanied by a certification that describes the parties' attempts to resolve this issue without Court intervention. Such resolution requires phone calls, not correspondence that crosses in the mail.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's motion to unseal defendant

Davis' motion for summary judgment [#78] is granted only as follows:

By July 3, 2008, defendant Davis shall file redacted copies of his motion for summary judgment, statement of facts, and supporting memorandum that omit references to the account balances of Kopsky's brokerage clients, personal identifiers and additional financial information as described in plaintiff's motion. These redacted versions shall be placed in the public Court file, but the original materials may remain filed under seal.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of June, 2008.