IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Securities and Exchange Commission,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 4:07-cv-00379-RWS |
| | ) | |
| **Matthew E. Kopsky and Ronald W. Davis,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# DEFENDANT DAVIS' MOTION FOR SUMMARY JUDGMENT

Upon his supporting Memorandum and accompanying Exhibits and Statement of Uncontroverted Facts, and pursuant to Fed. R. Civ. P. 56(b) and the Case Management Order dated June 8, 2007 (§I.5), as amended by Order dated April 1, 2008, Defendant Ronald W. Davis moves for summary judgment dismissing the Complaint.

Pursuant to Local Rule 4.01(D), Davis further moves for leave to file a memorandum exceeding 15 pages. Davis seeks summary judgment on four separate bases, and this case raises legal issues of first impression in this District and Circuit. For these reasons, Davis submits that his memorandum of 34 pages (exclusive of cover and tables of contents and authorities) will be of assistance to the Court.

Pursuant to Local Rule 4.02(B), Davis requests oral argument of his motion for summary judgment.

Dated: June 13, 2008

**CAPES, SOKOL, GOODMAN,
& SARACHAN, P.C.**

By: /s/ David V. Capes
    DAVID V. CAPES – Fed. #2776
    JEFFREY A. COHEN – Fed. #66834
    7701 Forsyth Boulevard, 12th Floor
    St. Louis, Missouri 63105
    (314) 721-7701 (phone) / (314) 721-0554 (fax)
    Email: cohen@capessokol.com

Stephen J. Crimmins
Thomas J. Hershenson
Michael S. Passaportis
**MAYER BROWN LLP**
1909 K Street NW, 12th Floor
Washington, DC 20006-1101
(202) 263-3000

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, the foregoing was served via U.S. Mail, postage prepaid, on the following counsel:

    Robert M. Moye
    Jeffrey A. Shank
    Securities and Exchange Commission
    175 West Jackson, Suite 900
    Chicago, IL 60604

    Richard B. Walsh, Jr.
    R. Bradley Ziegler
    Lewis, Rice & Fingersh, LC
    500 North Broadway, Ste. 2000
    St. Louis, MO 63102

                            /s/ David V. Capes