UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:07CV379 RWS |
| MATTHEW KOPSKY, et al., | ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before me on defendants' motion in limine to exclude two exhibits referred to by defendants as ESSI's summary exhibits. This motion will be denied. I cannot exclude this evidence in limine because I do not know for what purpose(s) or how this evidence may be used or introduced at trial. However, defendants can raise any objections to the evidence at the appropriate time at trial. Accordingly,

**IT IS HEREBY ORDERED** that the motion in limine filed by defendants [#110] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2008.